UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,)
)
        Plaintiff,)    Case No. 2:12-mj-575-CWH
)
vs.)    **ORDER RESCHEDULING HEARING**
)
William Conley)
        Defendant.)

    Due to a conflict on the Court's calendar,

    **IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, January 8, 2013, is rescheduled to **Tuesday, February 5, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

    DATED this __19th__ day of November, 2012.

                                    C.W. HOFFMAN, JR.
                                    United States Magistrate Judge